UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAVID CARTER,

                              Petitioner,                        22-CV-09019 (ER)(SN)

       -against-                                                 **ORDER**

ANTHONY ANNUCCI,

                              Respondent.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On October 24, 2022, the Honorable Edgardo Ramos referred this *habeas corpus* petition to me for a report and recommendation. See 28 U.S.C. § 636(b)(1)(A). The parties shall comply with the schedule set forth in the October 24, 2022, Order to Answer. ECF No. 20.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               October 25, 2022