UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DAVID CARTER,

                         Petitioner,                      22-CV-09019 (ER)(SN)

   -against-                                  **ORDER**

ANTHONY ANNUCCI,

                        Respondent.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court acknowledges receipt of Petitioner's recent letters. ECF Nos. 27 & 28. The Court will consider Petitioner's habeas petition, including his request for compassionate release, once Respondent has answered the petition. Under the Court's October 24, 2022 Order to Answer, the Respondent's answer is due on December 23, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                November 17, 2022