UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAVID CARTER,

                            **Petitioner,**                    22-CV-09019 (ER)(SN)

    -against-                                        **ORDER**

ANTHONY ANNUCCI,

                            **Respondent.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On December 15, 2022, the Court granted Respondent an extension to file a response to the petition by March 1, 2023. ECF No. 34. On December 22, 2022, Petitioner requested a 60-day extension to file a reply, citing difficulties accessing the law library. ECF No. 35. Accordingly, Petitioner shall file a reply, if any, no later than May 1, 2023.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              December 29, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2022