UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

DAVID E. CARTER,

                            Petitioner,                    22-CV-09019 (ER)(SN)

      -against-                                   **ORDER**

ANTHONY ANNUCCI,

                          Respondent.

--------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court has received Petitioner's recent letters. ECF Nos. 72, 74, and 75. Since January 1, 2023, Petition has filed more than 25 letters and/or motions. The Court recognizes the important constitutional issues raised in this habeas petition, but Petitioner's filings are no longer assisting the Court in addressing his petition and may further delay consideration. The Court will address his petition in due course.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:      May 5, 2023
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2023