UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DAVID E. CARTER,

                       Petitioner,                       22-CV-09019 (ER)(SN)

       -against-                                      **ORDER**

ANTHONY ANNUCCI,

                       Respondent.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On January 20, 2023, the Court ordered Respondent to serve Petitioner with the transcript of his direct oral argument. On February 15, 2023, Respondent filed the transcript from the proceedings in the Supreme Court, County of New York. ECF No. 54. Because the Appellate Division, First Department does not transcribe their oral arguments, Respondent also mailed the Court and Petitioner a recording of the argument for petitioner's case on February 15, 2023. Respondent mailed this recording to Petitioner's former address at Marcy Correctional Facility.

      On May 9, 2023, Petitioner informed the Court that he has been unable to access these recordings because of his recent transfer to Auburn Correctional Facility. By May 26, 2023, Respondent is ORDERED to re-send these recordings to Petitioner and contact a representative at Auburn Correctional Facility to coordinate a time and location for Petitioner to access these materials.

**SO ORDERED.**

                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:     May 17, 2023
               New York, New York