**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DAVID E. CARTER,

                Plaintiff,                22 **CIVIL** 9019 (ER)(SN)

    -against-                            **JUDGMENT**

ANTHONY ANNUCCI,

                Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 05, 2023, the Court adopts the Report & Recommendation in its entirety. The petition for a writ of habeas corpus is DENIED; accordingly, the case is closed.

**Dated:** New York, New York

      October 12, 2023

                                                    **RUBY J. KRAJICK**

                                                    _____
                                                         **Clerk of Court**

                                  **BY:**

                                                        **Deputy Clerk**